# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**MICHAEL PETERS**                                                    **PLAINTIFF**

**v.**                                   **No. 3:18-cv-15-DPM**

**INMATE SERVICES CORP.**                                   **DEFENDANT**

## ORDER

This new case is an echo of another case, *Stearns v. Inmate Services Corporation, et al.*, No. 3:16-cv-339-BRW-JJV, which is pending before District Judge Wilson and Magistrate Judge Volpe.  The transfer of this case from the Northern District of Ohio was based on the pendency of *Stearns* here.  № 24.  To promote judicial economy, the Court therefore directs the Clerk to transfer this case to Judge Wilson and change the Magistrate Judge designation to Judge Volpe.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 January 2018